UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Michael "Mohammad" Pullum

      Plaintiff,

    -against-

The City of New York, et al.

      Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 0105 (PKC)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

 If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

 Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

 Particular Motion:_____
_____

 All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

            _____
            P. Kevin Castel
            United States District Judge

DATED: New York, New York
     January 5, 2007